IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ZACHARY COZART            PETITIONER

V.            NO. 3:18-CV-120-DMB-RP

ORA STARKS, et al.            RESPONDENTS

## FINAL JUDGMENT

In accordance with the Order entered this day, Zachary Cozart's petition for a writ of habeas corpus is **DISMISSED without prejudice** for failure to prosecute.

**SO ORDERED**, this 29th day of September, 2020.

           /s/Debra M. Brown
           **UNITED STATES DISTRICT JUDGE**